UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: )
 )  Chapter 11
NEW ENERGY CORP., )
 )  Case No. 12-33866-hcd
 Debtor. )
_____ )

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 8, 2013 AT 10:30 A.M. EASTERN TIME**

New Energy Corp., as debtor and debtor-in-possession (the "Debtor"), by counsel, hereby submits this proposed agenda for the hearing scheduled for **Monday, October 8, 2013 at 10:30 a.m. Eastern Time** (the "Hearing"). The Debtor anticipates that the Hearing will last no more than 45 minutes.

I. NEW MATTERS SET FOR HEARING

   a. **["Plan Confirmation"]** Joint Plan of Liquidation of the Debtor and the Official Committee of Unsecured Creditors (the "Plan") **(Docket No. 466)**

      i. Disclosure Statement of Debtor and Official Committee of Unsecured Creditors Pursuant to Section 1125 of the Bankruptcy Code With Regard to Joint Plan of Liquidation ("Disclosure Statement") **(Docket No. 465)**

      ii. Order [approving Disclosure Statement) **(Docket No. 468)**

      iii. Order Fixing Time for Accepting or Rejecting a Proposed Plan and Notice of Hearing on Confirmation **(Docket No. 469)**

      iv. Ballot Report **(Docket No 492)**

      v. Joint Motion to Confirm Plan Under 11 U.S.C. § 1129(b) **(Docket No. 493)**

   *Status: No objections were received regarding Plan Confirmation. The Debtor will request that the Court enter an Order approving the Plan pursuant to 11 U.S.C. § 1129(b).*

   b. **["Contempt Motion"]** Motion for Contempt Against Randall Chrobot for Violation of Automatic Stay **(Docket No. 495)**

*Status: Going forward.*

II.   NEXT SCHEDULED HEARING

There is currently no other scheduled hearings in this case.

| | |
|---|---|
| Dated:  October 7, 2013 | NEW ENERGY CORP.,<br>as debtor and debtor-in-possession, |
| | By:   /s/ Jeffrey J. Graham<br>Jeffrey J. Graham, one of its counsel |

Jerald I. Ancel
Jeffrey J. Graham
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
Email: jancel@taftlaw.com
         jgraham@taftlaw.com

-and-

Timothy J. Hurley (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Telephone:   (513) 357-9341
Facsimile:    (513) 381-0205
Email: hurley@taftlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has previously been furnished via the U.S. Bankruptcy Court's electronic transmission service or via first class, postage-prepaid U.S. mail to all persons listed on the attached Service List on this 7th day of October, 2013.

/s/ Jeffrey J. Graham
Jeffrey J. Graham

1947067.1

**New Energy Corporation**
**Case No. 12-33866-hcd**
**Service List**
**Updated: 3/21/2013**

**U.S. Bankruptcy Court Electronic Transmission Service**

| | | |
|---|---|---|
| Ancel, Jerald I. | Debtor New Energy Corp. | jancel@taftlaw.com |
| | | ecfclerk@taftlaw.com |
| | | krussell@taftlaw.com |
| Graham, Jeffrey J. | Debtor New Energy Corp. | jgraham@taftlaw.com |
| | | ecfclerk@taftlaw.com |
| | | dwineinger@taftlaw.com |
| Edgar, Alexander L. | On Behalf of U.S. Trustee Nancy Gargula | Alexander.L.Edgar@usdoj.gov |
| Gargula, Nancy J. | U.S. Trustee | USTPRegion10.SO.ECF@usdoj.gov |
| Watkins, Michael B | Creditor Lake City Bank | mwatkins@btlaw.com |
| Fawkes, Thomas R | Counsel for Official Committee of Unsecured Creditors | tfawkes@freebornpeters.com |
| Pille, Ann E. | NIPSCO | apille@reedsmith.com |
| Sizemore, Luke A. | NIPSCO | lsizemore@reedsmith.com |
| Torf, Jason M. | Indiana Michigan Power Company | jtorf@schiffhardin.com |
| Crowe, John W. | Counsel for Maynards Industries (1991) Inc. and Biditup Auctions Worldwide, Inc. | jwc@wwrplaw.com |
| DeRose, Aladean M. | City of South Bend | Aderose03@yah00.com |
| Cottrell, Jason W. | Norfolk Southern Railway Company | jwc@stuartlaw.com |

**Debtor's Attorney's E-Mail Service**

| | | |
|---|---|---|
| Timothy J. Hurley | Debtor | hurley@taftlaw.com |
| Margaret M. Newell | Secured Creditor - U.S. Department of Energy | margaret.newell@usdoj.gov |
| | Creditors' Committee | |
| Stephen M. McConnell | Creditors' Committee | S.McConnell@interactiveHS.com |
| Randall L. Chrobot | Creditors' Committee | rchrobot@yahoo.com |
| Michael D. Craig | Creditors' Committee | Mike6622@comcast.net |
| Ronald R. Kuntz | Creditors' Committee | Rkuntz77@gmail.com |
| Robert Canter | Indiana Michigan Power Company | rjcanter@ameritech.net |
| John Jewell | d/b/a American Electric Power Indiana Michigan Power | john@johnjewell.us |
| Russell Johnson | Pension Benefit Guaranty Corp. | russj4478@aol.com |
| Mark R. Snyder | | snyder.mark@pbgc.gov |
| April D. Lashbrook | IDEM | April.lashbrook@ata.in.gov |
| Stanley F. Wruble III | Randall L. Chrobot | efile@pbgc.gov |
| | | stan@wrublelaw.com |

**Debtor's Attorney's E-Mail Service**
**Pro Hac Admission**

| | | |
|---|---|---|
| John W. Crowe | Maynards Industries Inc. and Biditup Auctions Worldwide, Inc. | jwc@wwrplaw.com |
| Wayne E. Walker | | wew@wwrplaw.com |
| Carlos R. Castro | Natural Chem Holdings, LLC | crcastrolaw@msn.com |
| Robert J. Salazar | Natural Chem Holdings, LLC | rjsalazartx@gmail.com |
| Robert W. Darnell | Environmental Protection Agency and the United States Nuclear Regulatory Agency | Robert.darnell@usdoj.gov |
| Brian L. Glassberg | GATX Corporation – Unsecured Creditor | Brian.glassberg@gatx.com |

**Debtor's Attorney's Mail Service**

St. Joseph County Treasurer
City County Building
227 W. Jefferson Blvd.
South Bend, IN  46601-1830

**1741945.1**