UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| NEW ENERGY CORP. | ) | CASE NO. 12-33866 |
| | ) | CHAPTER 11/crd |
| | ) | |
| Debtor(s) | ) | |

## COURT MINUTES CONFIRMING PLAN

**NATURE OF PROCEEDINGS:** Hearing on Confirmation of Joint Plan of Liquidation of the Debtor and the Official Committee of Unsecured Creditors filed on July 16, 2013

**DATE & TIME:** October 8, 2013 at 10:30 a.m.                    **DOCUMENT NO.** 466

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): TIMOTHY HURLEY, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
UNSECURED CREDITORS COMMITTEE, BY: THOMAS FAWKES, ESQ. . . . . . . . . . . . . . . . . . . . . Present
MAYNARDS INDUSTRIES, AND BIDITUP AUCTIONS, BY JOHN W. CROWE, ESQ. . . . . . . Not Present
U.S. DEPARTMENT OF ENERGY, BY: MARGARET M. NEWELL, ESQ. . . . . . . . . . . . . . . . . Not Present
UNITED STATES TRUSTEE NANCY J. GARGULA BY: ALEXANDER L. EDGAR, ESQ. . . . . . . . Present

---

      Hearing was held in South Bend, Indiana, on October 8, 2013, on Confirmation of Joint Plan of Liquidation of the Debtor and the Official Committee of Unsecured Creditors filed on July 16, 2013.

      The court now confirms the joint plan filed on July 16, 2013.

                                  **SO ORDERED**
                                  DATED:  October 9, 2013

                                  */s/ Harry C. Dees, Jr.*    C11
                                  Harry C. Dees, Jr., Judge
                                  United States Bankruptcy Court